# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# DIVISION
# CIVIL COMPLAINT

)
EXCLUSIVE EQUITY, EQUITY IN LAW, Private, Special and Priority,
Noble: Marquette Lumumba Mugabe Bey Washitaw Moor/Mu'ur
( Moorish American ) National, Washitaw Nation of Mu'urs/Moors )
Man on the Soil/Land Make Special Appearance Under Pain, Penalty of Perjury

Enter above the full name of Plaintiff or Plaintiffs in this action       )
                                                                          )
vs.

EVERGY METRO INC, MISSOURI, SPIRE ENERGY, KC WATER,
GOOGLE FIBER, SPECTRUM, T-MOBILE, AT&T, MISSOURI STATE,
JACKSON COUNTY of MISSOURI, KANSAS CITY
                                        ) CASENO.
                                        )
                                        )
                                        )
                                        )
                                        )
Enter above the full name of Defendant or Defendants in this action )

**I.** Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do die same for additional plaintiffs, if any, on back side of this sheet.)

Name of Plaintiff: EXCLUSIVE EQUITY, EQUITY IN LAW, Private, Special and Priority,

Noble: Marquette Lumumba Mugabe Bey Washitaw Moor/Mu'ur ( Moorish American ) National,

Washitaw Nation of Mu'urs/Moors ) Man on the Soil/Land Make Special Appearance Under Pain, Penalty of Perjury

A.
        Address   5401 MYRTLE AVENUE KCMO (64130)

(In item B below, place the full name of the defendant in the first blank, his official position in the second adding word blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B.      Defendant,                                          is employed as
                                at

C.      Additional Defendants

25

II.  Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendants is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] Unrelated separate claims should be raised in separate civil actions.)

III.  Relief, Evergy Metro Inc Missouri, Spire Energy, Kc Water, Google Fiber, Spectrum, T-Mobile, AT&T have all been PAID with CASH INSTRUMENT. And all have Accepted Payment based on No response according to correspondence writing sent to them asking of any DISCREPANCIES. Always kept instruments, given 5 days. 14 days as indicated in writing assumed No Discrepancies !

State briefly exactly what you want the Court to do for you.
Make no legal arguments. Cite no cases or statutes. Being there in Dishonor of Tender of Payments. They have all been PAID. I want the Equity court/Court to follow the LAW, in this case Deposit money to appropriate accounts. Monthly from now on, and Compensate me as I have sustained injuries from Threat, Duress, and Coercion due to Unlawful, Misleading, Deceptive Business practices with DISCONNECTION of services. causing depression, Extreme Stress, Anxiety. Also Discrimination.

IV.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes: YES    No

V.  Do you claim actual or punitive monetary damages for the acts alleged in your. complaint?

Yes: YES SEE FEE SCHEDULE    No

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages : PLEASE REFER TO FEE SCHEDULE submitted for details.

26

## VI. Counsel

Do you have an attorney to represent you in this civil action?

Yes      No: NO, consulted by my Washitaw Nation and Shiek.

    A.    Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

         Yes      No: NO

    B.    If you answered yes, state the names and addresses of the attorneys contracted, and give the results of those efforts.

    C.    If you answered no, state your reasons why no such efforts have been made.

## VII. Administrative Procedures

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

         Yes: Yes the IRS      No

    B.    If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure. 12/5/2023 Certified mail. No reply

      C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

**VIII. Jury Demand**

    Do you request a jury trial? Yes        No: NO

Signed this _____ day of _____ , 20___
Signature of Plaintiff or Plaintiffs

_____
Street Address

_____
City

_____
State        Zip Code

_____
Telephone

28

# VERIFICATION

F
State of MISSOURI

County of JACKSON

)
)
)

_____, being first duly sworn under oath, presents that he is the plaintiff in this action; that he knows the contents of the complaint; and that the information contained therein is true to the best of his knowledge and belief.

Signature of Plaintiff or Plaintiffs

**All parties must verity**

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 20 _____
Notary Public
My Commission Expires
29

Marquette Bey
All Rights Rights Reserved
1-308